477 Pa. 445 (1978)
384 A.2d 241
Janina WINKLER and Edmund Winkler, her husband, Appellants,
v.
SEVEN SPRINGS FARM, INC., Appellee.
Supreme Court of Pennsylvania.
Argued March 9, 1978.
Decided April 7, 1978.
Alexander Ogle, Somerset, Seymour H. Braun, C. Joseph Recht, Pittsburgh, for appellants.
C.S. Fossee, Jr., Murovich, Reale & Fossee, Pittsburgh, for appellee.
Before EAGEN, C.J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION
PER CURIAM:
Order affirmed.